93 A.3d 817

Wendell LONG, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

June 16, 2014.

Wendell Long, pro se.

John Jason Talaber, PA Board of Probation & Parole, for
Pennsylvania Board of Probation and Parole.

## ORDER

PER CURIAM.

AND NOW, this 16th day of June, 2014, the order of the
Commonwealth Court is AFFIRMED.

93 A.3d 817

Larry WALLS, Appellant

v.

DEPARTMENT OF CORRECTIONS, Appellee.

Supreme Court of Pennsylvania.

June 16, 2014.

Larry Walls, pro se.

Laura J. Neal, PA Department of Corrections, for Department of Corrections.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of June, 2014, the Order of the Commonwealth Court is **AFFIRMED.**

93 A.3d 818

**COMMONWEALTH of Pennsylvania, Appellant**

v.

**Jose CASTRO, Appellee.**

Supreme Court of Pennsylvania.

Argued Sept. 11, 2013.

Decided June 16, 2014.

